IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **MELANIE ROSS,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| vs. : | 5:05CV13 (DF) |
| : | |
| **PSI GEORGIA, LLC, and THE** : | |
| **CORPORATION OF MERCER** : | |
| **UNIVERSITY,** : | |
| : | |
| **Defendants.** : | |

**O R D E R**

The instant action was filed on January 11, 2005. The deadline for service to be made upon Defendants expired on May 11, 2005. See Fed. R. Civ. P. 4(m) (West 2005). (allowing plaintiff 120 days to serve summons and compliant upon defendant). As of the date of this Order, no summons has been issued for and service has not been made upon Defendant The Corporation of Mercer University. Following Rule 4(m), Plaintiff shall have ten days from the date of this Order to show the Court, by way of written submission, good cause for her failure to serve Defendant Mercer Corporation. If Plaintiff does not respond within ten days or good cause is not shown, Defendant Mercer Corporation will be dismissed without prejudice.

SO ORDERED, this 3rd day of June, 2005.

                                            **s/ Duross Fitzpatrick**
                                            DUROSS FITZPATRICK, JUDGE
                                            UNITED STATES DISTRICT COURT

DF/has