IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **MELANIE ROSS,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : CASE NO. 5:05-cv-13 (HL) |
| | : |
| **THE CORPORATION OF MERCER** | : |
| **UNIVERSITY,** | : |
| | : |
| **Defendant.** | : |

# J U D G M E N T

The Court by Order dated and filed March 30, 2007, having granted Defendant's Motion for Summary Judgment,

JUDGMENT is hereby entered in favor of Defendant and against Plaintiff. Defendant is entitled to recover its costs of this action.

This 30th day of March, 2007.

**GREGORY J. LEONARD, CLERK**

**s/ Denise Partee, Deputy Clerk**